# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>v.<br><br>JJL PROPERTIES, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case No.:<br>CV 15-10009-DMG (AFMx)<br><br>**ORDER [17]** |

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED: March 25, 2016

                         _/s/ Dolly M. Gee_
                         DOLLY M. GEE
                         UNITED STATES DISTRICT JUDGE